UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DANIEL WESTRICK,

       Plaintiff,                                 Case No.: 3:16-cv-30

vs.

COMMISSIONER                          Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,              (Consent Case)

       Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 9); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. 9.  Based upon the stipulation of the parties, and for good cause shown, the ALJ's non-disability finding is **REVERSED** as unsupported by substantial evidence and the parties' joint motion for a Sentence Four remand (doc. 9) is **GRANTED**.

This case shall be **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings including, but not limited to, a reevaluation of Plaintiff's mental impairments and any resulting limitations.  The Clerk is **ORDERED** to enter judgment accordingly and to **TERMINATE** this case on the Court's docket.

       **IT IS SO ORDERED.**


Date:  June 23, 2016                     _s/Michael J. Newman_____
                                          Michael J. Newman
                                        United States Magistrate Judge