IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DANIEL WESTRICK,

    Plaintiff,                                             Case No.: 3:16-cv-00030

vs.

COMMISSIONER OF SOCIAL SECURITY,        Magistrate Judge Michael J. Newman
                                                                   (Consent case)

    Defendant.

---

**ORDER AND ENTRY: (1) APPROVING THE PARTIES' JOINT STIPULATION (DOC. 12) FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA"); AND (2) AWARDING EAJA ATTORNEY'S FEES IN THE AMOUNT OF $2,800.00**

---

       This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $2,800.  Doc. 12.  There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint stipulation for an EAJA fee award (doc. 12); and (2) **GRANTS** Plaintiff EAJA fees in the amount of $2,800.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

       **IT IS SO ORDERED.**

Date:  September 21, 2016                       *s/ Michael J. Newman*
                                                           Michael J. Newman
                                                           United States Magistrate Judge